IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICKY LOTT, GERALD SUMNER,** ) | |
| **SANDY BECKER, and MIKE BALDWIN,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **05-230-MJR** |
| ) | |
| **PFIZER, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

In accordance with a fee award by U.S. District Judge Michael J. Reagan, on December 7, 2005, plaintiff was ordered to submit to defendant a revised statement of costs and expenses actually incurred as a result of removal, and a deadline for payment was set. **(Doc. 19).** Defendant subsequently filed a motion to vacate the fee award itself, based on the Supreme Court decision in *Martin v. Franklin Capital Corp.*, No. 04-1140, 2005 WL 3299410 (Dec. 7, 2005), rejecting the presumption of entitlement to a fee under 28 U.S.C. § 1447(c) as a normal incident of remand. **(Doc. 20).** In the alternative, defendant requests that plaintiffs' $25,616.86 fee request be reduced. **(Doc. 20).** By order dated December 22, 2005, U.S. District Judge Michael J. Reagan declined to vacate the fee award, leaving this Court to determine issues surrounding plaintiffs' fee request. **(Doc. 21).**

**IT IS THEREFORE ORDERED** that on or before **January 13, 2006**, plaintiffs shall file with the Court a response to defendant's objections to plaintiffs' $25,616.86 fee request. Defendant shall then have until **January 23, 2006**, to file a response.

1

**IT IS SO ORDERED.**

**DATED: December 29, 2005**

                 <u>**s/ Clifford J. Proud**</u>
                 **CLIFFORD J. PROUD**
                 **U. S. MAGISTRATE JUDGE**